IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT PEOPLES,                     :
                                    :
      Petitioner          :
                                    :
v.                                  :    CIVIL NO. 4:CV-14-487
                                    :
VINCENT MOONEY,                     :    (Judge Brann)
                                    :
      Respondent          :

## ORDER

June 16, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1.    Petitioner's request that his non-exhaustion of state remedies be excused on the basis of inordinate delay is **DENIED**.

    2.    The request for dismissal of Petitioner's remaining claims of the basis of non-exhaustion of state court remedies will be **GRANTED**.

    3.    The remaining portion of Petitioner's action is **DISMISSED WITHOUT PREJUDICE**.  Peoples may seek federal habeas court review of said claims upon the conclusion of his

1

        Pennsylvania state court exhaustion efforts

4.      The Clerk of Court is directed **CLOSE** the case.

        BY THE COURT:

        <u> s/ Matthew W. Brann      </u>
        Matthew W. Brann
        United States District Judge